UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

LEWIS OWEN BELL, SR., 09B3809,

        Plaintiff,

  -v-                           DECISION and ORDER
                                    10-CV-668S

Dr. GALANI, Head Psychiatrist; J. THOMAS,
Therapist and J. WALDRON, Unit Chief;

        Defendants.



Plaintiff Lewis Owen Bell, Sr. has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated at the Clinton Correctional Facility. He has also filed an amended complaint. However, the Clinton Correctional Facility is located in the Northern District of New York and the action is deemed to arise under jurisdiction of the United States District Court for the Northern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Northern District of New York.

The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Northern District of New York and therefore, because this Court has already sent his signed authorization form to the Clinton Correctional Facility for execution, the Pro Se Office is directed to advise the facility of the transfer of this case to the Northern District.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Northern District of New York.

SO ORDERED.

Dated: December 15, 2010
       Buffalo, New York

                                                WILLIAM M. SKRETNY
                                                    Chief Judge
                                           United States District Court